IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Huey Jr, Hunnicutt | Case Number: 07 B 15439 |
| | Judge: Squires, John H |
| Printed: 12/19/07 | Filed: 8/24/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 7, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 2. | Capital One | Unsecured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Unsecured | 0.00 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 0.00 | 0.00 |
| 5. | Capital One | Unsecured | 0.00 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 7. | Americas Financial Choice Inc | Unsecured | 0.00 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 0.00 | 0.00 |
| 9. | Richard P Komyatte & Assoc | Unsecured | 0.00 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 0.00 | 0.00 |
| | | | _____ | _____ |
| | | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Huey Jr, Hunnicutt | Case Number:  07 B 15439 |
| | Judge:  Squires, John H |
| Printed:  12/19/07 | Filed:  8/24/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

